IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR70** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| **JAMES WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Report and Recommendation (Filing No. 21) issued by Magistrate Judge F.A. Gossett recommending denial of the Defendant's motion to suppress (Filing No. 15). No objections have been filed to the Report and Recommendation as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3(a).

The Defendant seeks an order suppressing statements made by the Defendant, James Wilson, on February 27, 2007. Judge Gossett determined: Wilson knowingly and voluntarily waived his *Miranda* rights; Wilson was not the subject of coercion; and Wilson's will was not overborne.

Notwithstanding the absence of objections, pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3, the Court has conducted a de novo review of the record. The Court has read the Defendant's brief (Filing No. 16) and the transcript (Filing No. 23). The Court has also viewed the evidence. (Filing No. 19) Because Judge Gossett fully, carefully, and correctly applied the law to the facts, the Court adopts the Report and Recommendation in its entirety.

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation (Filing No. 21) is adopted in its entirety; and

2. The Defendant's motion to suppress (Filing No. 15) is denied.

DATED this 2nd day of July, 2007.

                                    BY THE COURT:

                                    S/Laurie Smith Camp
                                    United States District Judge