IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR70 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JAMES WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for new trial (Filing No. 79) and supporting brief (Filing No. 80).

After careful consideration,

IT IS ORDERED that the Defendant's motion for new trial (Filing No. 79) is denied.

DATED this 20th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge